UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                    )
                                          )
Justin D. & Jennifer L. Morgan            )         Case No. 11-40604
                                          )
        Debtors                           )

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Fed. Bankr. Rule 3002.1(f) the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor had completed payments under the Plan.

**Name of Creditor:** Green Tree Servicing LLC            Court Claim No.        6

La**st four digits** of any number used to identify the debtor's account:            6361

| **FINAL CURE AMOUNT** | **Amount of Prepetition Mortgage Arrearage** $40,168.34 <br><br> **Amount Paid by Trustee** <br> **$4,920.89 ( remaining mortgage arrearage was reamortized per approved loan modification)** <br> **All post-petition mortgage payments, as supplemented, are current** |
|---|---|
| **Monthly ongoing Mortgage Payment** <br><br> **Mortgage is paid directly by the Debtor** | Yes ___        No_x___ |

     Within 21 days of the service of this Notice, the creditor must file and serve on the debtor, debtor's counsel and the Trustee, a statement as required under Fed. Bankr. Rule 3002.1(g), indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with Sec. 1322(b)(5) the debtor is otherwise current.  The statement should itemize the require cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.

Dated: February 10, 2015

                                                       /s/ David A. Rosenthal
                                                       David A. Rosenthal, Chapter 13 Trustee
                                                       408 Main Street
                                                       Lafayette, IN 47902
                                                       (765)742-8248
                                                       Fax (765)423-2597
                                                       Email: dar@nlci.com

## CERTIFICATE OF SERVICE

      I, David A. Rosenthal, Chapter 13 Trustee, of the within estate, do hereby certify that on the 10th day of February, 2015, caused one copy of the within Notice of Final Cure Payment and Completion of Plan Payment to be served by United States Mail, Postage Prepaid, to the following:

Justin D. & Jennifer Lynn Morgan
745 Matthew St.
West Lafayette, IN, IN 47906

Kimberly Wright
P.O. Box 377
Lafayette, IN 47902

Green Tree Servicing LLC
P.O. Box 6154
Rapid City, SC 57709-6154

                                                /s/ David A. Rosenthal
                                             David A. Rosenthal, Chapter 13 Trustee
                                             408 Main Street
                                             Lafayette, IN 47902
                                             (765)742-8248
                                             Fax (765-423-2597
                                             Email: dar@nlci.com