## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **JUSTIN DALE MORGAN** ) | **CASE NO.: 11-40604-REG-13** |
| **JENNIFER LYNN MORGAN** ) | **CHAPTER 13** |
| **F/K/A JENNIFER COLLARD** ) | |
| Debtors. ) | |
| ) | |

### **APPEARANCE**

Comes now Doyle Legal Corporation, P.C., by David M. Johnson, and hereby enters their appearance for Green Tree Servicing LLC ("Creditor") in the above entitled cause.

          DOYLE LEGAL CORPORATION, P.C.

By: /s/David M. Johnson (30354-45)
      Attorney for Claimant
      Doyle Legal Corporation, P.C.
      41 E Washington Street, Suite 400
      Indianapolis, IN 46204
      Phone: (317) 264-5000
      Fax: (317) 264-5400
      Email: bankruptcy@doylelegal.com

## **CERTIFICATE OF SERVICE**

   This is to certify that a copy of the foregoing has been served upon the following electronically or by first class, United States mail, postage prepaid or electronic mail, on the date of filing in the United States Bankruptcy Court:

Justin Dale Morgan, 745 Matthew St, West Lafayette, IN 47906
Kimberly A. Wright, PO Box 377, Lafayette, IN 47902
Jennifer Lynn Morgan f/k/a Jennifer Collard, 745 Matthew St, West Lafayette, IN 47906
David A. Rosenthal, 408 Main Street, P.O. Box 505, Lafayette, IN 47902
U.S. Trustee, One Michiana Square Building, Suite 555, 100 East Wayne Street, South Bend, IN 46601-2349

              By: /s/David M. Johnson (30354-45)
                 Attorney for Claimant
                 Doyle Legal Corporation, P.C.
                 41 E Washington Street, Suite 400
                 Indianapolis, IN 46204
                 Phone: (317) 264-5000
                 Fax: (317) 264-5400
                 Email: bankruptcy@doylelegal.com

David M. Johnson (30354-45)
DOYLE LEGAL CORPORATION, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Telephone (317) 264-5000
Facsimile (317) 264-5400