UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

In re:                                                                                       § Case No. 11-40604
    Justin Dale Morgan                                                     §
    Jennifer Lynn Morgan                                                    §
           Debtor(s)                      §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David A. Rosenthal, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1).  The trustee declares as follows:

    1)  The case was filed on 07/27/2011.

    2)  The plan was confirmed on 09/28/2011.

    3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/11/2013.

    4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5)  The case was completed on 01/06/2015.

    6)  Number of months from filing or conversion to last payment: 42.

    7)  Number of months case was pending: 46.

    8)  Total value of assets abandoned by court order:           $0.00.

    9)  Total value of assets exempted:       $71,695.84.

    10) Amount of unsecured claims discharged without full payment:       $19,382.82.

    11)  All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 91,256.04 |
| Less amount refunded to debtor | $ | 3,422.60 |
| **NET RECEIPTS:** | $ | 87,833.44 |

**Expenses of Administration**:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ | 3,100.00 |
| Court Costs | $ | 0.00 |
| Trustee Expenses & Compensation | $ | 3,693.22 |
| Other | $ | 102.50 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $ | 6,895.72 |
| Attorney fees paid and disclosed by debtor: | $ | 1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Sched. | Claim Asserted | Claim Allowed | Prin. Paid | Int. Paid |
|---|---|---|---|---|---|---|
| David A. Rosenthal | Administrative | 102.50 | 102.50 | 102.50 | 102.50 | 0.00 |
| Kimberly Wright | Attorney | 1300.00 | 3100.00 | 3100.00 | 3100.00 | 0.00 |
| DaimlerChrysler Financial Services | Unsecured | 6944.24 | 5946.71 | 5946.71 | 5946.71 | 0.00 |
| Credit Acceptance corp. | Vehicle | 8405.38 | 6276.16 | 6276.16 | 6276.16 | 502.83 |
| Green Tree | Mortgage Ongoing | 140317.00 | 175779.90 | 175779.90 | 51707.39 | 0.00 |
| Green Tree | Mortgage Arrearage | NA | 40168.34 | 4920.89 | 4920.89 | 0.00 |
| Prophets Ridge Homeowners Association | Secured | 540.00 | 649.25 | 649.25 | 649.25 | 0.00 |
| Indiana Dept. of Revenue | Priority | NA | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | NA | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Management | Unsecured | 123.51 | NA | NA | 0.00 | 0.00 |
| Account Recovery | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Account Recovery | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Alverno Clinical Laboratories LLC | Unsecured | 15.51 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| City of West Lafayette | Unsecured | 54.23 | NA | NA | 0.00 | 0.00 |
| Clarian Arnett Clinic | Unsecured | 354.91 | NA | NA | 0.00 | 0.00 |
| Clarian Arnett Health | Unsecured | 132.88 | NA | NA | 0.00 | 0.00 |
| Clarian Arnett Health | Unsecured | 100.74 | NA | NA | 0.00 | 0.00 |
| Clarian Arnett Health | Unsecured | 108.40 | NA | NA | 0.00 | 0.00 |
| Clarian Arnett Health | Unsecured | 778.44 | NA | NA | 0.00 | 0.00 |
| Day, Knight & Assoc | Unsecured | 40.59 | NA | NA | 0.00 | 0.00 |
| Vantium Capital, Inc.-SRG | Unsecured | 3717.00 | 4130.84 | 4130.84 | 4130.84 | 0.00 |

Creditors continue on next page

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors (Continued):**

| Creditor Name | Class | Claim Sched. | Claim Asserted | Claim Allowed | Prin. Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Equifax | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Experian Information Solutions | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FFCC-Columbus Inc. | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 1448.00 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 1269.00 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 778.00 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 70.75 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 25.73 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 18.96 | NA | NA | 0.00 | 0.00 |
| IMC Credit Services | Unsecured | 12.82 | NA | NA | 0.00 | 0.00 |
| IU Health | Unsecured | 147.44 | NA | NA | 0.00 | 0.00 |
| IU Health | Unsecured | 54.04 | NA | NA | 0.00 | 0.00 |
| IU Health | Unsecured | 134.53 | NA | NA | 0.00 | 0.00 |
| East Bay Funding, LLC | Unsecured | 1670.00 | 1670.88 | 1670.88 | 1670.88 | 0.00 |
| Lafayette Accounts Services | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| Lafayette Accounts Services | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| Lafayette Accounts Services | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc. | Unsecured | 857.00 | 925.43 | 925.43 | 925.43 | 0.00 |
| Monticello Medical Center | Unsecured | 85.16 | 85.16 | 85.16 | 85.16 | 0.00 |
| NCO Financial Systems | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| Professional Recovery Service | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Professional Recovery Service | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |

Creditors continue on next page

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors (Continued):

| Creditor Name | Class | Claim Sched. | Claim Asserted | Claim Allowed | Prin. Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Professional Recovery Service | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Professional Recovery Service | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| Professional Recovery Service | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| Professional Recovery Service | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| Professional Recovery Service | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA. Inc | Unsecured | 3715.00 | NA | NA | 0.00 | 0.00 |
| Security Credit Services LLC | Unsecured | 733.00 | NA | NA | 0.00 | 0.00 |
| Security Credit Services LLC | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| Statewide Credit Association, INc. | Unsecured | 174.78 | NA | NA | 0.00 | 0.00 |
| Statewide Credit Association, INc. | Unsecured | 4227.78 | NA | NA | 0.00 | 0.00 |
| Statewide Credit Association, INc. | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Statewide Credit Association, INc. | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Statewide Credit Association, INc. | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Service | Unsecured | 219.47 | NA | NA | 0.00 | 0.00 |
| The Hill Attorney Group PC | Unsecured | 810.16 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc. | Unsecured | 488.00 | 563.97 | 563.97 | 563.97 | 0.00 |
| Midland Credit Management Inc. | Unsecured | 478.00 | 596.97 | 596.97 | 596.97 | 0.00 |
| Trans Union Corp. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| United TranzActions LLC | Unsecured | 578.54 | 578.54 | 578.54 | 578.54 | 0.00 |
| Unity Healthcare | Unsecured | 22.16 | NA | NA | 0.00 | 0.00 |
| Unity Healthcare | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| Unity Healthcare | Unsecured | 28.40 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 601.59 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 405.27 | 405.27 | 405.27 | 405.27 | 0.00 |
| IU Health White Memorial Hospital | Unsecured | NA | 224.78 | 224.78 | 224.78 | 0.00 |
| Statewide Credit Association, INc. | Unsecured | NA | 477.78 | 477.78 | 477.78 | 0.00 |
| Quantum3 Group LLC | Unsecured | NA | 208.18 | 208.18 | 208.18 | 0.00 |
| H&R Block Bank | Unsecured | NA | 1066.69 | 1066.69 | 1066.69 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 175,779.90 | $ 51,707.39 | $ 0.00 |
| Mortgage Arrearage | $ 4,920.89 | $ 4,920.89 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,276.16 | $ 6,276.16 | $ 502.83 |
| All Other Secured | $ 649.25 | $ 649.25 | $ 0.00 |
| **TOTAL SECURED:** | $ 187,626.20 | $ 63,553.69 | $ 502.83 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 16,881.20 | $ 16,881.20 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,895.72 |
| Disbursements to Creditors | $ 80,937.72 |
| **TOTAL DISBURSEMENTS:** | $ 87,833.44 |

**UST Form 101-13-FR-S (09/01/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: <u>05/14/2015</u>        By: <u>/s/David A. Rosenthal</u>
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**